# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

BOBBY LARRY FORREST  
ADC #090992                                                                                             PLAINTIFF

V.                                       NO: 2:05CV00123 SWW/HDY

LARRY NORRIS, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Discovery (docket entry #22) is DENIED.

2. Plaintiff's Motion to add additional claims (docket entry #22) is DENIED.

3. Plaintiff's Motion to add additional individuals to his requested witness list (docket entry #22) is DENIED AS MOOT.

4. Plaintiff's Motion for an Order directing his transfer (docket entry #22) is DENIED.

DATED this 8th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE