**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

BOBBY LARRY FORREST
ADC #090992                                                                                                    PLAINTIFF

V.                            NO: 2:05CV00123 SWW/HDY

LARRY NORRIS, *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for summary judgment (docket entry #61) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.      All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED THIS 7th DAY OF FEBRUARY, 2006.

                                                                                    /s/Susan Webber Wright

                                                                                    UNITED STATES DISTRICT JUDGE