## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

BOBBY LARRY FORREST
ADC #090992                                                                                           PLAINTIFF

V.                              NO: 2:05CV00123 SWW/HDY

LARRY NORRIS, *et al.*                                                                         DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE

IT IS SO ORDERED THIS 7th DAY OF FEBRUARY, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE